UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VINCENT S. PHILLIPS, | ) Case No. 5:16-cv-01568-MWF (JDE) |
| Plaintiffs, | ) |
| | ) ORDER ACCEPTING FINDINGS |
| v. | ) AND RECOMMENDATION OF |
| | ) UNITED STATES MAGISTRATE |
| DEAN BORDERS, et al., | ) JUDGE |
| Defendants. | ) |
| | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative complaint (Dkt. 33) filed by Plaintiff Vincent S. Phillips ("Plaintiff"), the Motion to Dismiss the operative complaint (Dkt. 44) filed by defendants Warden Borders, Dr. Duong, and Dr. Farooq ("Defendants"), Plaintiff's Opposition to the Motion to Dismiss (Dkt. 64), Defendants' Reply (Dkt. 66), the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 68), and the Objections filed by Defendants (Dkt. 70) and Plaintiff (Dkt. 73). The Court has also received and considered Plaintiff's Notice asking to proceed on his claim against Dr. Duong and dismiss Warden Borders and Dr. Farooq (Dkt. 72, "Notice"). The Court has engaged in a <u>de</u>

<u>novo</u> review of those portions of the Report and Recommendation to which objections have been made.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted;

2. The Motion to Dismiss is GRANTED as to Warden Borders and Dr. Farooq. Because Plaintiff indicated in the Notice (Dkt. 72) that he wishes to dismiss his claims against Warden Borders and Dr. Farooq, the Motion to Dismiss as to Warden Borders and Dr. Farooq is granted without leave to amend.

3. The Motion to Dismiss is DENIED as to Dr. Duong. Dr. Duong shall file and serve her answer to the operative Second Amended Complaint by no later than thirty (30) days from the date of this Order.

Dated:  September 26, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge