JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VINCENT S. PHILLIPS,<br><br>   Plaintiff,<br><br>   v.<br><br>DEAN BORDERS, et al.,<br><br>   Defendants. | No. 5:16-cv-01568-MWF (JDE)<br><br>JUDGMENT |

Pursuant to the Orders Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing and this action is dismissed with prejudice in its entirety.

Dated: August 4, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge