UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VINCENT S. PHILLIPS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEAN BORDERS, et al.,<br><br>　　　　Defendants. | No. 5:16-cv-01568-MWF (JDE)<br><br><u>AMENDED</u> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Plaintiff <u>Vincent S. Phillips</u> ("Plaintiff"), Plaintiff's operative Second Amended Complaint (Dkt. 33, "SAC," incorrectly captioned as Third Amended Complaint), the Order by the assigned United States Magistrate Judge regarding the SAC (Dkt. 35), Plaintiff's Motion to Proceed, by which Plaintiff elected to proceed solely on the Second Cause of Action in the SAC for deliberate indifference to serious medical needs in violation of the Eighth Amendment against defendants Dr. Duong, Dr. Farooq, and Warden Dean Borders (Dkt. 36), this Court's Order dismissing the claims in the SAC against defendants Dr. Farooq and Warden Borders (Dkt. 74), the Motion for Summary Judgment by defendant Dr.

Duong (Dkt. 120, "Motion") and supporting materials (Dkt. 121 to Dkt. 126), Plaintiff's Opposition to the Motion (Dkt. 140) and supporting materials (Dkt. 141, 141-1 to 141-6), the Reply in support of the Motion by Dr. Duong (Dkt. 142), the Report and Recommendation of the Magistrate Judge (Dkt. 144, "Report"), the Objections to the Report filed by Plaintiff (Dkt. 149), and the Reply to the Objections filed by Dr. Duong (Dkt. 150).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

Therefore, IT IS HEREBY ORDERED that:

1. The Motion (Dkt. 120) is GRANTED and the claims against defendant Dr. Duong in the SAC are dismissed with prejudice; and

2. Judgment shall be entered dismissing this action in accordance with this Order and the Court's prior dismissal Order (Dkt. 74).

Dated: August 5, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge

2